FILED

Name: Nelson Romer
Address: 2163 elmwood rd
San bernardino Ca. 92404
Phone: _____
Plaintiff In Pro Per Nel

2024 NOV 15 PM 3:42

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

Nelson Romero Mero

PLAINTIFF,

vs.

San bernardino county

DEFENDANT(S).

Case No.: ED CV 24 - 02449-MWF(KS)
(To be supplied by the Clerk)

COMPLAINT FOR:
Violation of 4th and 14th amendment.

Jury Trial Demanded

## I. JURISDICTION

1. This Court has jurisdiction under 42 U.S.C. 1983

Pro Se Clinic Form

Page Number: 9

## II. VENUE

2. Venue is proper pursuant to _San bernardino_

## III. PARTIES

3. Plaintiff's name is _SB County_. Plaintiff resides at: ___

4. Defendant ___

5. Defendant ___

Pro Se Clinic Form

Page Number: 10

## III. PARTIES

3. Plaintiff **NELSON H. ROMERO** resides at:
   *(your full name)*

   _____

   _____
   *(your address)*

   *(You should specifically identify each Defendant you intend to sue in a separate, numbered paragraph.)*

4. Defendant **San bernardino County** works at
   *(full name of Defendant)*

   **385 N. Arrowhead Ave, San bernardino**
   *(Defendant's place of work)*

   Defendant's title or position is **Non corporal entety**
   *(Defendant's title or position at place of work)*

   This Defendant is sued in his/her (check one or both):

   ☐ individual capacity    ☑ official capacity

   This Defendant was acting under color of law because: **it employed, trained and authorized law enforcement officers. include officer #51323 to peform official duties including stops searches and arrest. the county failed to provide adequate training and supervision on constitutional standards particularly 4th amend protection agains unreasonable searches and seizures. thus enabling its officers to act with an apperent authority granted by County. this lack of traing and oversignt directly contributes to officers ensaging in unconstitutional practices while performing their duties**

5. Defendant **San bernardino county** works at
   *(full name of Defendant)*

   _____
   *(Defendant's place of work)*

   Defendant's title or position is _____
   *(Defendant's title or position at place of work)*

   This Defendant is sued in his/her (check one or both):

   ☐ individual capacity    ☐ official capacity

   This Defendant was acting under color of law because: _____

   _____

Pro Se Clinic Form                    Page Number **4**

## IV. STATEMENT OF FACTS

*(Explain what happened in your own words. You do not have to cite legal authority in this section. Be specific about names, dates, and places. Explain what each Defendant did. Remember to number every paragraph.)*

To emphasize the history of San Bernardino legal issues and lack of Reform this complaint illustrates the city pattern of civil Rights violations and repeated failures to address them additional pattern of constitutinal violations ① city pattern of unlawful conduct. Plaintiff alleges that San Bernardino has repeatedly faced federal lawsuit related to civil rights violations, including excessive force and fourth amendment abuses, which ultimately led to bankruptcy. ② Recent cases and Recognition of patterns: SB recently settled a case involving a black man, resulting in 4 Mil. payout. this case is one of several that illustrates a recognized, ongoing pattern of civil Rights violations due to inadequate training and oversight. ③ Failure to reform. Despite a series of costly lawsuits. San Bernardino has not implemented sufficient policy changes or training reforms to address americans constitutional violations. the city failure to learn from past cases and address the underlying issues demonstrates a reckless disregard for residents and americans constitutional rights. by including this history, I have strengthen this argument that the city is liable for systemic issues, my approach and highlights the city's negligence in maintaining constitutional standards to reinforce this case for meaningful accountability of repeated failures to address the nA. Incident Description I state I was stopped 10-17-24 time 1555 due to broken window and tinted windows. action taken by officer. 51323 officer claimed probable cause for search based on an assuption that he knew my licence was suspended but I told him several times to Run my name to check I have a valid licence in California with a good record. Outcome of search. the search was conducted even when I did not approve of search and told him to check to verify he still conducted the search even though the licence was valid no other probable cause was present. Legal violation I conclude that officers actions violated plaintiff fourth amendment rights due to lack of probable cause for the search broken window and tinted windows are factors alone typically justify the stop. Not a search. the officer performed the search assuming a suspended licence. without consent no means no without confirmation or without evidence or search dog that would justified it. this is seen as unreasonable search. No signs of intoxication no sign of contraband in plain view. etc).

## V. CLAIMS

### Claim #1

___. Plaintiff realleges and incorporates by reference all of the paragraphs above.

___. Plaintiff has a claim under 42 U.S.C. §1983 for violation of the following federal constitutional or statutory civil right: Fourth Amendment to the U.S Constitution (2) Fourteenth amendment to the U.S constitution. (3) Civil Rights under 42 U.S.C. 1983 right to due process was violated by county's failure to provide adequate training to law enforcement. resulting in a pattern of civil Right abuses against residents.

___. The above civil right was violated by the following Defendants: SB county, failed to properly train and supervise its officers on constitutional standards this lack of training led officers, including officer #51323 to act beyond authority, resulting in unlawful search and seizure of plaintiff despite clear protection under 4th amendments.

*(You may list facts supporting your claim. Be specific about how each Defendant violated this particular civil right.)*

___.

___. As a result of the Defendant's violation of the above civil right, Plaintiff was harmed in the following way: as a result of defendant violations of above civil rights, Plaintiff was harmed by experiencing emotional distress, loss of personal dignity, and fear for personal safety due to the unlawful search and seizure vehicle and arrested me to just Drop me of in the other side of city why evil a lot of evil on this world.

# VI. REQUEST FOR RELIEF

WHEREFORE, the Plaintiff requests: wherefore, Plaintiff respectfully requests that court grant the following relief $2,000,000 in damages for emotional distress, loss of dignity, and harm caused by defendant actions.

② return property; order the immediate return of Plaintiff property, including vehicle.

③ Dismissal of charges Dismiss any pending charges with prejudice, ensuring they cannot be reopen in the future.

additional relief, Grant any other relief that the court deems just and proper.

Dated: Nov, 12. 2024.
Strawman  Sign: Nelson H. Romero
Print Name: Nelson H. Romero

7

Pro Se Clinic Form          Page Number

## DEMAND FOR JURY TRIAL

Plaintiff hereby requests a jury trial on all issues raised in this complaint.

Dated: Nov, 12, 2024
Sign: Nelson H. Romero
Print Name: Nelson H. Romero

# CLAIM AGAINST COUNTY OF SAN BERNARDINO
*(CLAIM FORM MUST BE FILLED OUT PROPERLY OR CLAIM WILL BE RETURNED WITHOUT FILING)*

**DATE:** Nov, 12, 2024

Claim is hereby made against the treasury of the County of San Bernardino, State of California, as follows:

- Less than $10,000 – State the total amount claimed $ **2. million**
- More than $10,000 – Check one of the boxes:
  - ☐ Municipal Court Jurisdiction ($10,000 - $25,000)
  - ☒ Superior Court Jurisdiction ($25,001 and up)

Claimant makes the following statements in support of the claim:

1. **Name of Claimant:** Nelson Romero
   (First / Middle / Last) (Area Code and Phone No.)

2. **Address of Claimant:** 2163 Elmwood rd  SB  92404
   (Street / City / Zip Code)

   **Gender:** ☒ Male ☐ Female  **Date of Birth:** 10-11-1983  **SS#:** 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
   ***(The information Requested is Mandatory if Presenting a Claim for Bodily Injury)***

3. **Notices concerning claim should be sent to:**
   Nelson Romero   2163 Elmwood Rd  Ca. 92404
   (Name / Address / Zip Code / Area Code and Phone No.)

4. **Circumstances giving rise to claim are as follows:** Excessive force during arrest, the officer S1323 forcefully lifted plaintiff's hand upward while handcuffed, causing severe strain on both shoulder and neck, causing a snaping sensation, resulting in pain potential rotator cuff injuries and lasting discomfort. Violation of 4th and 14 american constitution in america.

5. **Date, Time and Place (city, street, cross-street) damage occurred and nature thereof:**
   10-17-24   time 1555.

6. **Public property and/or public officers or employees causing injury, damage or loss:**

7. **Name, address and telephone number of witnesses:** Jackie Mojica, Aarons Furniture Man. 16891. E Highland. Ca, 92404   4 More people if need.

8. **Basis of computation of claimed amount is as follows:**

   Medical expenses to date ___
   Estimated future medical expenses **2 Million**
   Other expenses **Car tow 800**
   Other damages **Stole 15K in cripto from my coinbase account.**
   Loss wages ___
   General damages ___
   Property damage **Damaged 45K BMW**

   *Nelson H. Romero*
   **Claimant or Representative (Signature)**

**RETURN COMPLETED FORM TO:**
Risk Management Division – County of San Bernardino, State of California
222 W. Hospitality Lane, 3rd Floor
San Bernardino, CA 92415-0016

Office: (909) 386-8631
Fax: (909) 382-3212

Revised 9-2011

16